# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: <u>1:19−mj−00405−AJB</u> All Defendants

Case title: USA v. Haggerty

Other court case number: 3:19−cr−630−KC USDC Western Texas, El Paso Texas

Date Filed: 05/09/2019

Date Terminated: 05/09/2019

Assigned to: Magistrate Judge
Alan J. Baverman

**<u>Defendant (1)</u>**

**Justin Haggerty**
*TERMINATED: 05/09/2019*

represented by **Vionnette Reyes Johnson**
Federal Defender Program Inc.−Atl
Suite 1500, Centennial Tower
101 Marietta Street, NW
Atlanta, GA 30303
404−688−7530
Email: Vionnette_Johnson@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
| --- | --- |
| None | |

| **<u>Highest Offense Level (Opening)</u>** | |
| --- | --- |
| None | |

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
| --- | --- |
| None | |

| **<u>Highest Offense Level (Terminated)</u>** | |
| --- | --- |
| None | |

| **<u>Complaints</u>** | **<u>Disposition</u>** |
| --- | --- |
| 18:1363 and 1152− BUILDINGS, PROPERTY, WITHIN SPECIAL MARITIME JURISDICTION | |

**Plaintiff**

**USA**                                          represented by   **Dashene Cooper**
Office of the United States
Attorney−ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404−581−6000
Fax: 404−581−6181
Email: dashene.cooper@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 05/09/2019 | | | Arrest (Rule 5) of Justin Haggerty (btql) (Entered: 05/13/2019) |
| 05/09/2019 | 1 | | Minute Entry for proceedings held before Magistrate Judge Alan J. Baverman: Initial Appearance in Rule 5(c)(3) Proceedings and Bond Hearing as to Justin Haggerty held on 5/9/2019. Defendant waives Identity Hearing. Waiver filed. Bond set at $10,000. Bond filed; defendant released. (Tape #FTR) (btql) (Entered: 05/13/2019) |
| 05/09/2019 | 2 | | WAIVER of Rule 5 & 5.1 Hearings by Justin Haggerty (btql) (Entered: 05/13/2019) |
| 05/09/2019 | 3 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Vionnette Johnson (IA only) as to Justin Haggerty. Signed by Magistrate Judge Alan J. Baverman on 5/9/2019. (btql) (Entered: 05/13/2019) |
| 05/09/2019 | 4 | | Non−Surety Bond on Rule 5(c)(3) Entered as to Justin Haggerty in amount of $ 10,000. (btql) (Entered: 05/13/2019) |
| 05/09/2019 | 5 | | ORDER Setting Conditions of Release as to Justin Haggerty. Signed by Magistrate Judge Alan J. Baverman on 5/9/2019. (btql) (Entered: 05/13/2019) |
| 05/09/2019 | | | Magistrate Case Closed. Defendant Justin Haggerty terminated. (btql) (Entered: 05/13/2019) |

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Vionnette Reyes Johnson (debra_spratt@fd.org,
vionnette_johnson@fd.org), Dashene Cooper (caseview.ecf@usdoj.gov,
dashene.cooper@usdoj.gov, gaylene.berberick@usdoj.gov, geraldine.curry-davis@usdoj.gov,
usagan.motionsresponses@usdoj.gov), Magistrate Judge Alan J. Baverman
(ganddb_efile_ajb@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:10022661@gand.uscourts.gov
Subject:Activity in Case 1:19-mj-00405-AJB USA v. Haggerty Arrest - Rule 40
```
Content−Type: text/html

## U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 5/13/2019 at 9:04 AM EDT and filed on 5/9/2019

| | |
|---|---|
| **Case Name:** | USA v. Haggerty |
| **Case Number:** | <u>1:19−mj−00405−AJB</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 5) of Justin Haggerty (btql)**

**1:19−mj−00405−AJB−1 Notice has been electronically mailed to:**

Dashene Cooper &nbsp &nbsp dashene.cooper@usdoj.gov, CaseView.ECF@usdoj.gov,
gaylene.berberick@usdoj.gov, Geraldine.curry−davis@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

Vionnette Reyes Johnson &nbsp &nbsp Vionnette_Johnson@fd.org, Debra_Spratt@fd.org

**1:19−mj−00405−AJB−1 Notice has been delivered by other means to:**

ORIGINAL

| | |
|---|---|
| DATE: | 5/9/19 @ 4:20 pm |
| TAPE: | FTR |
| TIME IN COURT: | 47 Mins. |

| | | | |
|---|---|---|---|
| MAGISTRATE JUDGE | ALAN J. BAVERMAN | COURTROOM DEPUTY CLERK: | Lisa Enix |
| CASE NUMBER: | 1:19-MJ-405 | DEFENDANT'S NAME: | Justin Haggerty |
| AUSA: | Dash Cooper | DEFENDANT'S ATTY: | Vionnette Johnson |
| USPO / PTR: | Derrika Richardson - Barnes | | |

_____ ARREST DATE _____

__X__ Initial appearance hearing held.                         __X__ Defendant informed of rights.

_____ Interpreter sworn: _____

### COUNSEL

__X__ ORDER appointing Federal Defender as counsel for defendant for .

_____ ORDER appointing _____ as counsel for defendant.

_____ ORDER: defendant to pay attorney's fees as follows: _____

### IDENTITY / PRELIMINARY HEARING

__X__ Defendant WAIVES identity hearing.                         __X__ WAIVER FILED

_____ Identity hearing HELD. _____ Def is named def. in indictment/complaint; held for removal to other district.

_____ Defendant WAIVES preliminary hearing.                         ___ WAIVER FILED

_____ Preliminary hearing held.. _____ Probable cause found; def. held to District Court for removal to other district

_____ Removal hearing set _____ @ _____.

_____ Commitment to Another District Filed.

### BOND/PRETRIAL DETENTION HEARING

_____ Government motion for detention filed.                         _____ _____

_____ Detention hearing set for _____ @ _____ ( ) In charging district.)

__X__ Bond Hearing Held.

_____ Government motion for detention

_____ Pretrial detention ordered. _____ Written order to follow.

__X__ BOND set at $10,000 __X__ NON-SURETY _____ SURETY

_____ cash _____ property _____ Signature

__X__ SPECIAL CONDITIONS: Defendant may not enter Native American lands or property; all firearms

_____ must be removed from the home; the defendant must turn in his passport.

__X__ Bond filed. Defendant released.

_____ Bond not executed. Defendant to remain in Marshal's custody.

_____ Motion ( ) verbal) to reduce/revoke bond filed.

_____ Motion to reduce/revoke bond _____ GRANTED _____ DENIED

4

AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the

Northern District of Georgia

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 0 9 2019

JAMES N. HATTEN, Clerk
By:
Deputy Clerk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:19-MJ-405-AJB |
| | ) | |
| JUSTIN HAGGERTY | ) | |
| | ) | Charging District's Case No.   EP19CR630 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   Western Division of Texas

El Paso Division                                                                                                              .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —
        unless I am indicted — to determine whether there is probable cause to believe that an offense has
        been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
        be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set
        by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:   5-07-19

Approved:

Alan J. Baverman, U.S. Magistrate Judge

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Vonnette Johnson
_____
*Printed name of defendant's attorney*

5

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAY 0 9 2019

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

UNITED STATES OF AMERICA,

         Plaintiff,

vs.

JUSTIN HAGGERTY,

         Defendant.

CASE NO. 1:19-MJ-405-AJB

**ORDER  APPOINTING  COUNSEL**

VIONNETTE JOHNSON — IA only

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 9th day of May, 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**

6

AO 98 (Rev. 12/11) Appearance Bond | Page 1

# UNITED STATES DISTRICT COURT

FILED IN OPEN COURT
U.S.D.C. Atlanta

for the

MAY 0 9 2019

Northern District of Georgia

JAMES N. HATTEN, Clerk

By: _____ Deputy Clerk

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| | ) | Case No. | 1:19-MJ-405-AJB |
| JUSTIN HAGGERTY | ) | | |
| *Defendant* | ) | | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ JUSTIN HAGGERTY _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )  to appear for court proceedings;

( X )  if convicted, to surrender to serve a sentence that the court may impose; or

( X )  to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( )  (1)  This is a personal recognizance bond.

( X )  (2)  This is an unsecured bond of $ _____ 10,000 _____

( )  (3)  This is a secured bond of $ _____ , secured by:

( )  (a) $ _____ , in cash deposited with the court.

( x )  (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):*

_____

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

( )  (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

_____
_____
_____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

AO 98 (Rev. 12/11) Appearance Bond                                                                Page 2

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1)    all owners of the property securing this appearance bond are included on the bond;

(2)    the property is not subject to claims, except as described above; and

(3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond. I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:    5/9/2019                                         _____
                                                                          *Defendant's signature*

_____            _____
*(1) Surety/property owner – printed name*            *(1) Surety/property owner – signature and date*

_____            _____
*(1) Surety/property owner's address*                    *(1) Surety/property owner's city/state/zip*

_____            _____
*(2) Surety/property owner – printed name*            *(2) Surety/property owner – signature and date*

_____            _____
*(2) Surety/property owner's address*                    *(2) Surety/property owner's city/state/zip*

_____            _____
*(3) Surety/property owner – printed name*            *(3) Surety/property owner – signature and date*

_____            _____
*(3) Surety/property owner's address*                    *(3) Surety/property owner's city/state/zip*

*CLERK OF COURT*

Date: _____                         _____
                                                                  *Signature of Clerk or Deputy Clerk*

                                                *APPROVED*

Date: 5/9/19                                      _____
                                                                  *Alan J. Baverman, United States Magistrate Judge*

8

AO 199A (Rev. 12/11)  Order Setting Conditions of Release                                    Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT

FILED IN OPEN COURT
U.S.D.C. Atlanta

### for the

### Northern District of Georgia

MAY 0 9 2019

JAMES N. HATTEN, Clerk
By: _____
                              Deputy Clerk

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | | |
| v. | ) | | |
| | ) | **Case No.:** | **1:19-MJ-405-AJB** |
| JUSTIN HAGGERTY | ) | | |
| *Defendant* | ) | | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                                                                    *Place*

on _____
                                        *Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 12/11)  Additional Conditions of Release                                                      Page  2  of  3  Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(   )   (6)   The defendant is placed in the custody of:
     Person or organization _____
     Address *(only if above is an* _____
     *organization)*
     City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately
if the defendant violates a condition of release or is no longer in the custodian's custody.

                Signed: _____  _____
                                   *Custodian*                        *Date*

( x )   (7)   The defendant must:
         submit to supervision by and report for supervision
     ( x ) (a) to the                        ( x ) U.S. Pretrial Services ( ) U.S. Probation Office
               telephone number    404-215-1950     ,    ( ) No later than _____ (X) Before leaving courthouse,  or
     ( x ) (b) maintain or actively seek lawful and verifiable employment.
     (   ) (c) continue or start an education program.
     ( x ) (d) surrender any passport to      your supervising officer by : 12:00 pm 5/10/19 and do not obtain nor possess a passport or other international
               travel document, not obtain or possess a passport or other international travel document in your name, another name or on behalf of a third party,
               including minor children.
     ( x ) (e) abide by the following restrictions on personal association, residence, or travel:    Reside at address provided to Pretrial Services
               and do not change your  address or telephone number w/o written PTS pre- approval
     ( x ) (f) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
               including:    any and all co-defendants and/or unindicted co-conspirators

     (   ) (g) get medical or psychiatric treatment:      ( ) as directed by your supervising officers      ( ) _____

     (   ) (h) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
               necessary.
     ( x ) (i) not possess a firearm, destructive device, other weapon, or ammunition, in your home, vehicle or place of employment, or upon your
               person. firearms must be removed from residence before entering home.
     ( x ) (j) not use alcohol (    ) at all ( X ) excessively.
     ( x ) (k) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless lawfully prescribed by a
               licensed medical practitioner.
     (X) (l) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random
               frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited
               substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited
               substance screening or testing.
     (   ) (m) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
               supervising officer.
     (   ) (n) participate in one of the following location restriction programs and comply with its requirements as directed.
            (   ) (i)   **Curfew.** You are restricted to your residence every day (    ) from _____ to _____, or (   ) as
                        directed by the pretrial services office or supervising officer; or
            (   ) (ii)   **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical,
                        substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities
                        approved in advance by the pretrial services office or supervising officer; or
            (   ) (iii)   **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
                        court appearances or other activities specifically approved by the court.
     (   ) (o) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program
               requirements and instructions provided.
            (   ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or
                  supervising officer.
     ( x ) (p) report within 72 hours to the pretrial services office or supervising officer, every contact with law enforcement personnel, including
               arrests, questioning, or traffic stops.
     ( x ) (p) restrict travel to the Northern District of Georgia unless the supervising officer has approved travel in advance.
     (X) (r) May travel to MD/n for work + to WD Tx for WnA obligations + atty consult.
     (X) (s) Not enter any Native American owned or controlled property.
     (   ) (t) _____

AO 199C    (Rev.12/03)  Advice of Penalties . . .                                                Page ___3___ of ___3___ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in a separate term of imprisonment, a fine, or both.

While on release, if you commit a federal felony offense, the punishment is an additional prison term of not more than ten years; if you commit a federal misdemeanor offense, the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.,* in addition to) any other sentence you receive.

It is a crime punishable by up to ten years of imprisonment and a $250,000 fine or both to: obstruct a criminal investigation; tamper with a witness, victim or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

X _____
Signature of Defendant

1902 Pencil Ridge Ct
Address

Snellville, GA 30078
City  State  Zip Code                    Telephone
734-740-9715

## Directions to United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: ___5/9/19___                    _____
Signature of Judicial Officer

ALAN J. BAVERMAN , U. S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Dashene Cooper (caseview.ecf@usdoj.gov, dashene.cooper@usdoj.gov,
gaylene.berberick@usdoj.gov, geraldine.curry-davis@usdoj.gov,
usagan.motionsresponses@usdoj.gov), Vionnette Reyes Johnson (debra_spratt@fd.org,
vionnette_johnson@fd.org), Magistrate Judge Alan J. Baverman
(ganddb_efile_ajb@gand.uscourts.gov)
--Non Case Participants: File Clerks (ganddb_file_clerks@gand.uscourts.gov)
--No Notice Sent:

Message-Id:10022786@gand.uscourts.gov
Subject:Activity in Case 1:19-mj-00405-AJB USA v. Haggerty Termination of Magistrate Case
```
Content−Type: text/html

## U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 5/13/2019 at 9:34 AM EDT and filed on 5/9/2019

| | |
|---|---|
| **Case Name:** | USA v. Haggerty |
| **Case Number:** | 1:19−mj−00405−AJB |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Magistrate Case Closed. Defendant Justin Haggerty terminated. (btql)**


**1:19−mj−00405−AJB−1 Notice has been electronically mailed to:**

Dashene Cooper &nbsp &nbsp dashene.cooper@usdoj.gov, CaseView.ECF@usdoj.gov,
gaylene.berberick@usdoj.gov, Geraldine.curry−davis@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

Vionnette Reyes Johnson &nbsp &nbsp Vionnette_Johnson@fd.org, Debra_Spratt@fd.org

**1:19−mj−00405−AJB−1 Notice has been delivered by other means to:**