|  Print Designation | WESTERN DISTRICT OF TEXAS  DESIGNATION NOTIFICATION  PRESENTENCING | Register No: 72428-019 |
|---|---|---|
| | | Docket No.: 3:19CR00630-001 |
| | | Name: Haggerty |
| | | Date Sentenced: 3/4/2020 |
| | | Arrest Date: 5/9/2019 |
| | | TRD: |

### DETAINEE INFORMATION

| Full Name: Justin Haggerty | | Dist Code: TXW |
|---|---|---|
| Register No: 72428-019 | FBI No: | Alien No: |
| Charge: Damage Property | | Code: 2999 |

### DESIGNATION INFORMATION

| Designation Loc: Edgefield SCP | Code: EDGC |
|---|---|
| Date Designated: 3/11/2020 | Dist Code: 071 |
| Voluntary Surrender Yes | VS Date: 5/12/2020 |
| Redes Reason: | |

### CURRENT LOCATION

| Fac Name: CELL BLOCK | Fac Code: CEL | Dist Code: 080 |
|---|---|---|

